**FILED**
U.S. BANKRUPTCY COURT
EST & WST DISTS. OF ARK.

MAR 3 1 2004

JEAN ELIZABETH ROLFS, CLERK
By:_____ DEP. CLERK

## CONTRACT FOR REAFFIRMATION OF DEBT

THIS AGREEMENT IS ENTERED INTO BY KEITH ALAN HEARNSBERGER AKA K. A. HEARNSBERGER, HEREINAFTER REFERRED TO AS "DEBTOR" AND FIRST STATE BANK OF WARREN, ARKANSAS, HEREINAFTER REFERRED TO AS "CREDITOR", WITNESSETH:

WHEREAS, THE DEBTOR HAS FILED A PETITION FOR RELIEF UNDER CHAPTER 7 OF TITLE 11 OF THE UNITED STATES CODE, WHICH PETITION WAS FILED WITH THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF ARKANSAS, CASE NO.4:03-BK-24574,

AND, WHEREAS, ON 05/05/2000, THE DEBTOR EXECUTED AND DELIVERED TO THE CREDITOR A PROMISSORY NOTE IN THE ORIGINAL PRINCIPAL AMOUNT OF $10,851.10, BEARING INTEREST AT THE RATE OF 10.5% PER ANNUM, WHICH NOTE WAS SECURED BY SECURITY AGREEMENT DATED 05/05/2000.  LOAN MATURITY DATE IS 12/06/2004.  THIS LOAN IS ALSO SECURED BY A CERTIFICATE OF TITLE ON A 1999 OLDSMOBILE CUTLASS VIN.#1G3NB52M9X6317392.

WHEREAS, THE DEBTOR DESIRES TO MAINTAIN GOOD STANDING AND CREDIT-WORTHINESS WITH THE CREDITOR, DEBTOR DESIRES TO REAFFIRM THE SAID DEBT, AND DEBTOR DESIRES TO CONTINUE TO PAY THE SAID DEBT ACCORDING TO ITS TERMS, NOW THEREFORE,

1.) THE DEBTOR DOES HEREBY REAFFIRM THE INDEBTEDNESS REPRESENTED BY THE SAID PROMISSORY NOTE DATED 05/05/2000, AND THE SECURITY AGREEMENT DATED 05/05/2000, AND SAID CERTIFICATE OF TITLE AS LISTED ABOVE, AND TO REPAY SAID INDEBTEDNESS ACCORDING TO ITS TERMS AND THE TERMS OF ALL INSTRUMENTS SECURING REPAYMENT THEREOF, NOTWITHSTANDING A GRANTING OF A DISCHARGE TO THE DEBTOR IN THE ABOVE MENTIONED BANKRUPTCY CASE.  THE PARTIES ACKNOWLEDGE THAT THE OUTSTANDING BALANCE OF THE 05/05/2000 NOTE AS OF 03/16/2004 IS $2,449.74 WITH A DAILY INTEREST ACCRUAL OF $.70.

2.) THE DEBTOR HEREBY REPRESENTS THAT HE BELIEVES THIS REAFFIRMATION TO BE IN DEBTOR'S BEST INTEREST.

4:03-bk-24574 Doc#: 11 Filed: 03/31/04 Entered: 03/31/04 13:18:48 Page 2 of 3
RECEIVED: 3/16/04 4:47PM; ->ATTORNEY AT LAW; #962; PAGE 3

Mar-16-2004 03:06pm From- T-022 P.003/003 F-148

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

IN RE: KEITH ALAN HEARNSBERGER, DEBTOR
CASE NO.4:03-BK-24574
CHAPTER 7 BANKRUPTCY

DECLARATION OF DEBTOR'S ATTORNEY

I, T. DAVID CARRUTH, ATTORNEY FOR KEITH ALAN HEARNSBERGER, DEBTOR IN UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF ARKANSAS, CASE NO.4:03-BK-24574, DO HEREBY DECLARE THAT :

I HAVE REPRESENTED THE SAID DEBTOR DURING THE COURSE OF NEGOTIATIONS OF THE CONTRACT FOR REAFFIRMATION OF DEBT OF WHICH THIS DECLARATION IS PART. THIS AGREEMENT REPRESENTS A FULLY INFORMED AND VOLUNTARY AGREEMENT BY THE DEBTOR. IT IS MY OPINION THAT THE AGREEMENT DOES NOT IMPOSE AN UNDUE HARDSHIP ON THE DEBTOR OR A DEPENDANT OF THE DEBTOR. I HAVE ADVISED THE DEBTOR OF THE LEGAL EFFECTS AND CONSEQUENCES OF THIS CONTRACT FOR REAFFIRMATION OF DEBT AND THE CONSEQUENCES OF ANY DEFAULT UNDER SUCH CONTRACT.

_____
ATTORNEY SIGNATURE

ATTORNEY NAME & ADDRESS:

T. DAVID CARRUTH
ATTORNEY AT LAW
P. O. BOX 91
CLARENDON, AR. 72029-0091

3.) BY THE DEBTOR'S SIGNATURE HEREON, THE DEBTOR HEREBY ACKNOWLEDGES THAT DEBTOR HAS BEEN ADVISED THAT THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY (60) DAYS AFTER THIS AGREEMENT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE OF RESCISSION TO CREDITOR. DEBTOR ALSO ACKNOWLEDGES THAT DEBTOR HAS BEEN ADVISED THAT EXECUTION OF THIS AGREEMENT IS NOT REQUIRED UNDER BANKRUPTCY LAW OR ANY NONBANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH THE PROVISIONS OF II U. S. C. SECTION 524.

4.) THIS AGREEMENT IS BINDING UPON, AND ENURES TO THE BENEFIT OF, THE PARTIES, THEIR HEIRS OR SUCCESSORS AND ASSIGNS FOREVER.

5.) THE DECLARATION OF DEBTOR'S ATTORNEY, ATTACHED HERETO AS EXHIBIT "A", IS INCORPORATED HEREIN BY REFERENCE.

IN WITNESS WHEREOF, THE PARTIES HAS EXECUTED THIS AGREEMENT THIS 16TH DAY OF MARCH, 2004.

FIRST STATE BANK OF WARREN
ARKANSAS-CREDITOR

BY: *[signature]*
MARCIA G. SMITH, ASS'T. VICE PRES.

*[signature]*
KEITH ALAN HEARNSBERGER
3/18/04